IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lawal, Linda L

Printed: 1/29/08

Case Number: 07 B 17781
Judge: Wedoff, Eugene R
Filed: 9/28/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: November 27, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 554.00 |  |
| Secured: |  | 131.02 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 7.48 |
| Other Funds: |  | 415.50 |
| Totals: | 554.00 | 554.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Credit Acceptance Corp | Secured | 8,630.00 | 131.02 |
| 2. | Illinois Dept of Revenue | Priority | 77.70 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 61.51 | 0.00 |
| 4. | St Margaret Mercy Hospital | Unsecured | 22.56 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 253.20 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 134.44 | 0.00 |
| 7. | Wolin-Levin Inc | Unsecured | 409.12 | 0.00 |
| 8. | Custom Collection | Unsecured | 8.88 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 22.52 | 0.00 |
| 10. | United States Dept Of Education | Unsecured | 778.32 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 9.78 | 0.00 |
| 12. | Sallie Mae | Unsecured | 354.16 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 55.65 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 2.40 | 0.00 |
| 15. | HomEq Servicing Corp | Unsecured | 3,126.19 | 0.00 |
| 16. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 17. | Affinity Direct | Unsecured |  | No Claim Filed |
| 18. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 19. | Cavalry Portfolio/Collection | Unsecured |  | No Claim Filed |
| 20. | Citibank NA Student Loan | Unsecured |  | No Claim Filed |
| 21. | CMI | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 25. | Dependon Collections Service | Unsecured |  | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lawal, Linda L

Printed: 1/29/08

Case Number: 07 B 17781
Judge: Wedoff, Eugene R
Filed: 9/28/07

| | | | |
|---|---|---|---|
| 26. | Dependon Collections Service | Unsecured | No Claim Filed |
| 27. | Arrow Financial Services | Unsecured | No Claim Filed |
| 28. | Credit Protection Association | Unsecured | No Claim Filed |
| 29. | IC System Inc | Unsecured | No Claim Filed |
| 30. | JJ Marshall & Assoc | Unsecured | No Claim Filed |
| 31. | Larry Chambers, Ltd | Unsecured | No Claim Filed |
| 32. | Larry Chambers, Ltd | Unsecured | No Claim Filed |
| 33. | Harvard Collection Services In | Unsecured | No Claim Filed |
| 34. | NCO Financial Systems | Unsecured | No Claim Filed |
| 35. | Marty Deroin | Unsecured | No Claim Filed |
| 36. | Medical Collections | Unsecured | No Claim Filed |
| 37. | NCO Financial Systems | Unsecured | No Claim Filed |
| 38. | Mutual Hospital Services/Alverno | Unsecured | No Claim Filed |
| 39. | Wexler & Wexler | Unsecured | No Claim Filed |
| 40. | MRSI | Unsecured | No Claim Filed |
| 41. | LVNV Funding | Unsecured | No Claim Filed |
| 42. | NCO Financial Systems | Unsecured | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 44. | NCO Financial Systems | Unsecured | No Claim Filed |
| 45. | NCO Financial Systems | Unsecured | No Claim Filed |
| 46. | Paragon Way Inc | Unsecured | No Claim Filed |
| 47. | UCB Collection | Unsecured | No Claim Filed |
| 48. | NCO Financial Systems | Unsecured | No Claim Filed |
| 49. | NCO Financial Systems | Unsecured | No Claim Filed |
| 50. | Paragon Way Inc | Unsecured | No Claim Filed |
| 51. | Sun Cash Of WI | Unsecured | No Claim Filed |

$ 13,946.43        $ 131.02

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 7.48 |

$ 7.48

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____